JOHN W. HUBER, United States Attorney (#7226)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Michael.Thorpe@usdoj.gov



FILED SEALED
2018 NOV 20 P 4: 53
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON REDFOOT and RACHEL CORNPEACH,<br><br>Defendants. | **INDICTMENT**<br><br>VIOLATIONS:<br><br>**COUNT I**: 18 U.S.C. §§ 1111(a) and 1153(a), Murder in the Second Degree While Within Indian Country (REDFOOT);<br>**COUNT II**: 18 U.S.C. §§ 113(a)(3) and 1153(a), Assault with a Dangerous Weapon While Within Indian Country (REDFOOT);<br>**COUNT III**: 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm (REDFOOT);<br>**COUNT IV**: 18 U.S.C. § 924(c) Discharge of a Firearm During and in Relation to a Crime of Violence (REDFOOT);<br>**COUNT V**: 18 U.S.C. § 924(c) Discharge of a Firearm During and in Relation to a Crime of Violence (REDFOOT);<br>**COUNT VI**: 18 U.S.C. § 3 Accessory After the Fact (CORNPEACH);<br>**COUNT VII**: 18 U.S.C. § 3 Accessory After the Fact (CORNPEACH). |

The Grand Jury charges:

## COUNT I
### Murder in the Second Degree While Within Indian Country
### (18 U.S.C. §§ 1111(a) and 1153(a))

On or about June 8, 2018, in the Central Division of the District of Utah,

BRANDON REDFOOT,

the defendant herein, an enrolled member of the Ute Indian Tribe, while within the exterior boundaries of the Uintah and Ouray Reservation, Indian Country, did unlawfully kill J.R., with malice aforethought; all in violation of 18 U.S.C. §§ 1111(a) and 1153(a).

## COUNT II
### Assault with a Dangerous Weapon While Within Indian Country
### (18 U.S.C. §§ 113(a)(3) and 1153(a))

On or about June 7, 2018, in the Central Division of the District of Utah,

BRANDON REDFOOT,

the defendant herein, an enrolled member of the Ute Indian Tribe, while within the exterior boundaries of the Uintah and Ouray Reservation, Indian Country, did assault J.R., with a dangerous weapon, to wit, a gun, with intent to do bodily harm to J.R.; all in violation of 18 U.S.C. §§ 113(a)(3) and 1153(a).

## COUNT III
### Felon in Possession of a Firearm
### (18 U.S.C. § 922(g)(1))

Beginning on or about May 30, 2018, through on or about June 7, 2018, in the Central Division of the District of Utah,

BRANDON REDFOOT,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Keltec 9mm caliber firearm; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT IV
### Discharge of a Firearm During and in Relation to a Crime of Violence
### (18 U.S.C. § 924(c))

On or about June 7, 2018, in the Central Division of the District of Utah,

BRANDON REDFOOT,

the defendant herein, did knowingly use and carry and discharge a firearm during and in relation to a crime of violence, unlawfully kill J.R., with malice aforethought as alleged in Count I of the present Indictment, which is incorporated by reference herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT V
### Discharge of a Firearm During and in Relation to a Crime of Violence
### (18 U.S.C. § 924(c))

On or about June 7, 2018, in the Central Division of the District of Utah,

BRANDON REDFOOT,

the defendant herein, did knowingly use and carry and discharge a firearm during and in relation to a crime of violence, unlawfully assault J.R. with a dangerous weapon, with intent to do bodily harm to J.R as alleged in Count II of the present Indictment, which is incorporated by reference herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

//

//

//

//

## COUNT VI
**Accessory After the Fact**
**(18 U.S.C. § 3)**

On or about June 8, 2018, in the Central Division of the District of Utah,

RACHEL CORNPEACH,

the defendant herein, knowing that an offense against the United States has been committed, to wit, Brandon Redfoot had committed Murder while within Indian Country in violation of 18 U.S.C. § 1111(a) and 1153(a), as charged in Count I of the present Indictment, did receive, relieve, comfort, and assist Brandon Redfoot in order to hinder and prevent the his apprehension, trial, and punishment, for said offense, in violation of 18 U.S.C. § 3.

## COUNT VII
**Accessory After the Fact**
**(18 U.S.C. § 3)**

On or about June 8, 2018, in the Central Division of the District of Utah,

RACHEL CORNPEACH,

the defendant herein, knowing that an offense against the United States has been committed, to wit, Brandon Redfoot had committed Assault with a Dangerous Weapon while within Indian Country in violation of 18 U.S.C. § 113(a)(3) and 1153(a), as charged in Count II of the present Indictment, did receive, relieve, comfort, and assist Brandon Redfoot in order to hinder and prevent the his apprehension, trial, and

//

//

punishment, for said offense, in violation of 18 U.S.C. § 3.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
MICHAEL J. THORPE
CARLOS A. ESQUEDA
Assistant United States Attorneys