# UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

## EXHIBIT LIST

United States
V.
Brandon Redfoot

Case Number: 2:18-CR-00527 CW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Clark Waddoups | Michael Thorpe and Sam Pead | Rudy Bautista |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/24/2022 - 11/4/2022 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | Picture of Julio Rodriguez [REDFOOT-02861] |
| 2 | | | | | Receipt for purchase of Keltec firearm and magazine [REDFOOT-00844] |
| 3 | | | | | Keltec firearm box (tangible exhibit) |
| 4 | | | | | Magazine box (tangible exhibit) |
| 5 | | | | | ATF Form 4473 [REDFOOT-00845 – REDFOOT-00847] |
| 6 | | | | | Photos of Keltec box and magazine box [REDFOOT-00541 – REDFOOT-00547] |
| 7 | | | | | Gledhill Body Camera video [REDFOOT-02853] |
| 8 | | | | | Facebook photo [REDFOOT-00188] |
| 9 | | | | | 9-11-2018 Letter from Redfoot to Cornpeach [REDFOOT-00053 – REDFOOT-00060] |
| 10 | | | | | "Friday Night" Letter from Redfoot to Cornpeach [REDFOOT-01934 – REDFOOT-01938] |
| 11 | | | | | 9-27-2018 Letter from Redfoot to Cornpeach [REDFOOT-00062 – REDFOOT-00071] |
| 12 | | | | | Jail Records for Defendant and C.D.C. [REDFOOT-02156 – REDFOOT-002157] |
| 13 | | | | | STIPULATION with ATF Interstate Nexus Report [REDFOOT-0809] |
| 14 | | | | | STIPULATION with Land Status Report [REDFOOT-00852 – REDFOOT-00858] |
| 15 | | | | | STIPULATION with Vital Statistics Report [REDFOOT-00882] |
| 16 | | | | | Fingerprint Report [REDFOOT-00812 – REDFOOT-00819] |
| 17 | | | | | Red RAM Photo [REDFOOT-00567] |
| 18 | | | | | Red RAM Photo [REDFOOT-00568] |
| 19 | | | | | Red RAM Photo [REDFOOT-00569] |
| 20 | | | | | Red RAM Photo [REDFOOT-00570] |
| 21 | | | | | Red RAM Photo [REDFOOT-00573] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

**EXHIBIT LIST**

United States
V.
Brandon Redfoot

Case Number: 2:18-CR-00527 CW

| PRESIDING JUDGE<br>Honorable Clark Waddoups | PLAINTIFF'S ATTORNEY<br>Michael Thorpe and Sam Pead | DEFENDANT'S ATTORNEY<br>Rudy Bautista |
|---|---|---|
| TRIAL DATE (S)<br>10/24/2022 - 11/4/2022 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 22 | | | | | Red RAM Photo [REDFOOT-00574] |
| 23 | | | | | Red RAM Photo [REDFOOT-00576] |
| 24 | | | | | Red RAM Photo [REDFOOT-00577] |
| 25 | | | | | Red RAM Photo [REDFOOT-00578] |
| 26 | | | | | Red RAM Photo [REDFOOT-00579] |
| 27 | | | | | Red RAM Photo [REDFOOT-00580] |
| 28 | | | | | Red RAM Photo [REDFOOT-00582] |
| 29 | | | | | Red RAM Photo [REDFOOT-00583] |
| 30 | | | | | Red RAM Photo [REDFOOT-00585] |
| 31 | | | | | Red RAM Photo [REDFOOT-00587] |
| 32 | | | | | Red RAM Photo [REDFOOT-00589] |
| 33 | | | | | Red RAM Photo [REDFOOT-00590] |
| 34 | | | | | Red RAM Photo [REDFOOT-00591] |
| 35 | | | | | Red RAM Photo [REDFOOT-00596] |
| 36 | | | | | Red RAM Photo [REDFOOT-00602] |
| 37 | | | | | Red RAM Photo [REDFOOT-00604] |
| 38 | | | | | Red RAM Photo [REDFOOT-00607] |
| 39 | | | | | Red RAM Photo [REDFOOT-00614] |
| 40 | | | | | Red RAM Photo [REDFOOT-00620] |
| 41 | | | | | Red RAM Photo [REDFOOT-00625] |
| 42 | | | | | Red RAM Photo [REDFOOT-00626] |
| 43 | | | | | Red RAM Photo [REDFOOT-00627] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

**EXHIBIT LIST**

United States
V.
Brandon Redfoot

Case Number: 2:18-CR-00527 CW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Clark Waddoups | Michael Thorpe and Sam Pead | Rudy Bautista |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/24/2022 - 11/4/2022 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 44 | | | | | Red RAM Photo [REDFOOT-00629] |
| 45 | | | | | Red RAM Photo [REDFOOT-00630] |
| 46 | | | | | Red RAM Photo [REDFOOT-00631] |
| 47 | | | | | Red RAM Photo [REDFOOT-00632] |
| 48 | | | | | Red RAM Photo [REDFOOT-00633] |
| 49 | | | | | Red RAM Photo [REDFOOT-00634] |
| 50 | | | | | Red RAM Photo [REDFOOT-00635] |
| 51 | | | | | Red RAM Photo [REDFOOT-00636] |
| 52 | | | | | Red RAM Photo [REDFOOT-00637] |
| 53 | | | | | Crime Scene Photo [REDFOOT-00902] |
| 54 | | | | | Crime Scene Photo [REDFOOT-00903] |
| 55 | | | | | Crime Scene Photo [REDFOOT-00911] |
| 56 | | | | | Crime Scene Photo [REDFOOT-00919] |
| 57 | | | | | Crime Scene Photo [REDFOOT-00921] |
| 58 | | | | | Crime Scene Photo [REDFOOT-00923] |
| 59 | | | | | Crime Scene Photo [REDFOOT-00925] |
| 60 | | | | | Crime Scene Photo [REDFOOT-00927] |
| 61 | | | | | Crime Scene Photo [REDFOOT-00929] |
| 62 | | | | | Crime Scene Photo [REDFOOT-00931] |
| 63 | | | | | Crime Scene Photo [REDFOOT-00933] |
| 64 | | | | | Crime Scene Photo [REDFOOT-00935] |
| 65 | | | | | Crime Scene Photo [REDFOOT-00937] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

United States
V.
Brandon Redfoot

**EXHIBIT LIST**

Case Number: 2:18-CR-00527 CW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Clark Waddoups | Michael Thorpe and Sam Pead | Rudy Bautista |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/24/2022 - 11/4/2022 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 66 | | | | | Crime Scene Photo [REDFOOT-00939] |
| 67 | | | | | Crime Scene Photo [REDFOOT-00942] |
| 68 | | | | | Crime Scene Photo [REDFOOT-00943] |
| 69 | | | | | Crime Scene Photo [REDFOOT-00945] |
| 70 | | | | | Crime Scene Photo [REDFOOT-00948] |
| 71 | | | | | Crime Scene Photo [REDFOOT-00950] |
| 72 | | | | | Crime Scene Photo [REDFOOT-00956] |
| 73 | | | | | Crime Scene Photo [REDFOOT-00959] |
| 74 | | | | | Crime Scene Photo [REDFOOT-00960] |
| 75 | | | | | Crime Scene Photo [REDFOOT-00963] |
| 76 | | | | | Crime Scene Photo [REDFOOT-00964] |
| 77 | | | | | Crime Scene Photo [REDFOOT-00966] |
| 78 | | | | | Crime Scene Photo [REDFOOT-00968] |
| 79 | | | | | Crime Scene Photo [REDFOOT-00970] |
| 80 | | | | | Crime Scene Photo [REDFOOT-00972] |
| 81 | | | | | Crime Scene Photo [REDFOOT-00974] |
| 82 | | | | | Crime Scene Photo [REDFOOT-00976] |
| 83 | | | | | Crime Scene Photo [REDFOOT-00978] |
| 84 | | | | | Crime Scene Photo [REDFOOT-00980] |
| 85 | | | | | Crime Scene Photo [REDFOOT-00984] |
| 86 | | | | | Crime Scene Photo [REDFOOT-00985] |
| 87 | | | | | Crime Scene Photo [REDFOOT-00989] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

**EXHIBIT LIST**

United States
V.
Brandon Redfoot

Case Number: 2:18-CR-00527 CW

| PRESIDING JUDGE<br>Honorable Clark Waddoups | PLAINTIFF'S ATTORNEY<br>Michael Thorpe and Sam Pead | DEFENDANT'S ATTORNEY<br>Rudy Bautista |
|---|---|---|
| TRIAL DATE (S)<br>10/24/2022 - 11/4/2022 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 88 | | | | | Crime Scene Photo [REDFOOT-00990] |
| 89 | | | | | Crime Scene Photo [REDFOOT-00991] |
| 90 | | | | | Crime Scene Photo [REDFOOT-00995] |
| 91 | | | | | Crime Scene Photo [REDFOOT-00998] |
| 92 | | | | | Crime Scene Photo [REDFOOT-00999] |
| 93 | | | | | Crime Scene Photo [REDFOOT-01005] |
| 94 | | | | | Crime Scene Photo [REDFOOT-01011] |
| 95 | | | | | Crime Scene Photo [REDFOOT-01012] |
| 96 | | | | | Crime Scene Photo [REDFOOT-01013] |
| 97 | | | | | Crime Scene Photo [REDFOOT-01017] |
| 98 | | | | | Crime Scene Photo [REDFOOT-01018] |
| 99 | | | | | Crime Scene Photo [REDFOOT-00294] |
| 100 | | | | | Crime Scene Photo [REDFOOT-00295] |
| 101 | | | | | Crime Scene Photo [REDFOOT-00296] |
| 102 | | | | | Crime Scene Photo [REDFOOT-00297] |
| 103 | | | | | Crime Scene Photo [REDFOOT-00300] |
| 104 | | | | | Total Station Crime Scene Diagram [REDFOOT-01087] |
| 105 | | | | | White RAM Photo [REDFOOT-01956] |
| 106 | | | | | White RAM Photo [REDFOOT-01965] |
| 107 | | | | | White RAM Photo [REDFOOT-01970] |
| 108 | | | | | White RAM Photo [REDFOOT-02005] |
| 109 | | | | | White RAM Photo [REDFOOT-02006] |
| 110 | | | | | White RAM Photo [REDFOOT-02030] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

## EXHIBIT LIST

United States
V.
Brandon Redfoot

Case Number: 2:18-CR-00527 CW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Clark Waddoups | Michael Thorpe and Sam Pead | Rudy Bautista |
| TRIAL DATE (S) 10/24/2022 - 11/4/2022 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 111 | | | | | White RAM Photo [REDFOOT-02031] |
| 112 | | | | | White RAM Photo [REDFOOT-02034] |
| 113 | | | | | White RAM Photo [REDFOOT-02035] |
| 114 | | | | | White RAM Photo [REDFOOT-02038] |
| 115 | | | | | White RAM Photo [REDFOOT-02041] |
| 116 | | | | | White RAM Photo [REDFOOT-02045] |
| 117 | | | | | White RAM Photo [REDFOOT-02046] |
| 118 | | | | | Defendant's clothing Photo [REDFOOT-00682] |
| 119 | | | | | Defendant's clothing Photo [REDFOOT-00684] |
| 120 | | | | | Bullet fragments from front passenger tire Photo[REDFOOT-00462] |
| 121 | | | | | Bullet fragments from front passenger tire Photo [REDFOOT-00471] |
| 122 | | | | | Bullet fragments from front passenger tire Photo [REDFOOT-00473] |
| 123 | | | | | Bullet fragments from front passenger tire Photo [REDFOOT-00477] |
| 124 | | | | | Bullet fragments from front passenger tire Photo [REDFOOT-00478] |
| 125 | | | | | Bullet fragments from front passenger tire Photo [REDFOOT-00483] |
| 126 | | | | | Bullet fragments from front passenger tire Photo [REDFOOT-00490] |
| 127 | | | | | Bullet fragments from front passenger tire Photo [REDFOOT-00500] |
| 128 | | | | | Bullet fragments from front passenger tire Photo [REDFOOT-00501] |
| 129 | | | | | Bullet fragments from front passenger tire Photo [REDFOOT-00503] |
| 130 | | | | | Defendant's recorded interview with Special Agent Ryan [REDFOOT-00340] |
| 131 | | | | | Defendant's recorded statements from arrest scene (bodycam LaRose) [REDFOOT-01952] |
| 132 | | | | | Defendant's recorded statements from arrest scene (bodycam Thompson) [REDFOOT-01948 – REDFOOT-01950} |
| 133 | | | | | STIPULATION with DNA Report [REDFOOT-01943 – REDFOOT-01945] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

**EXHIBIT LIST**

United States
V.
Brandon Redfoot

Case Number: 2:18-CR-00527 CW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Clark Waddoups | Michael Thorpe and Sam Pead | Rudy Bautista |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/24/2022 - 11/4/2022 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 134 | | | | | Demonstrative Exhibit re: Mercantile scene [REDFOOT-02862] |
| 135 | | | | | Demonstrative Exhibit re: greater Randlett area [REDFOOT-02863] |
| 136 | | | | | Demonstrative Exhibit re: Gardner residence [REDFOOT-02864] |
| 137 | | | | | Demonstrative Exhibit re: Sesame Street [REDFOOT-02865] |
| 138 | | | | | Demonstrative Exhibit re: East of Merc [REDFOOT-02866] |
| 139 | | | | | Summary report of crime scene evidence tent numbers and item numbers [REDFOOT-02163 – REDFOOT-02164] |
| 140 | | | | | Casing recovered from crime scene – Evidence Tent 1 (tangible exhibit) |
| 141 | | | | | Casing recovered from crime scene – Evidence Tent 2 (tangible exhibit) |
| 142 | | | | | Casing recovered from crime scene – Evidence Tent 3 (tangible exhibit) |
| 143 | | | | | Casing recovered from crime scene – Evidence Tent 4 (tangible exhibit) |
| 144 | | | | | Casing recovered from crime scene – Evidence Tent 5 (tangible exhibit) |
| 145 | | | | | Casing recovered from crime scene – Evidence Tent 6 (tangible exhibit) |
| 146 | | | | | Casing recovered from crime scene – Evidence Tent 7 (tangible exhibit) |
| 147 | | | | | Casing recovered from crime scene – Evidence Tent 8 (tangible exhibit) |
| 148 | | | | | Casing recovered from crime scene – Evidence Tent 9 (tangible exhibit) |
| 149 | | | | | Casing recovered from crime scene – Evidence Tent 10 (tangible exhibit) |
| 150 | | | | | Casing recovered from crime scene – Evidence Tent 16 (tangible exhibit) |
| 151 | | | | | Casing recovered from crime scene – Evidence Tent 17 (tangible exhibit) |
| 152 | | | | | Casing recovered from crime scene – Evidence Tent 20 (tangible exhibit) |
| 153 | | | | | Casing recovered from crime scene – Evidence Tent 11 (tangible exhibit) |
| 154 | | | | | Casing recovered from crime scene – Evidence Tent 12 (tangible exhibit) |
| 155 | | | | | Casing recovered from crime scene – Evidence Tent 13 (tangible exhibit) |
| 156 | | | | | Casing recovered from crime scene – Evidence Tent 14 (tangible exhibit) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

## EXHIBIT LIST

United States
V.
Brandon Redfoot

Case Number: 2:18-CR-00527 CW

| PRESIDING JUDGE<br>Honorable Clark Waddoups | PLAINTIFF'S ATTORNEY<br>Michael Thorpe and Sam Pead | DEFENDANT'S ATTORNEY<br>Rudy Bautista |
|---|---|---|
| TRIAL DATE (S)<br>10/24/2022 - 11/4/2022 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 157 | | | | | Casing recovered from crime scene – Evidence Tent 15 (tangible exhibit) |
| 158 | | | | | Casing recovered from crime scene – Evidence Tent 39 (tangible exhibit) |
| 159 | | | | | Casing recovered from crime scene – Evidence Tent 29 (tangible exhibit) |
| 160 | | | | | Casing recovered from crime scene – Evidence Tent 28 (tangible exhibit) |
| 161 | | | | | Casing recovered from crime scene – Evidence Tent 27 (tangible exhibit) |
| 162 | | | | | Casing recovered from crime scene – Evidence Tent 26 (tangible exhibit) |
| 163 | | | | | Casing recovered from crime scene – Evidence Tent 25 (tangible exhibit) |
| 164 | | | | | Casing recovered from crime scene – Evidence Tent 24 (tangible exhibit) |
| 165 | | | | | Casing recovered from crime scene – Evidence Tent 23 (tangible exhibit) |
| 166 | | | | | Casing recovered from crime scene – Evidence Tent 21 (tangible exhibit) |
| 167 | | | | | Casing recovered from crime scene – Evidence Tent 19 (tangible exhibit) |
| 168 | | | | | Casing recovered from crime scene – Evidence Tent 18 (tangible exhibit) |
| 169 | | | | | Casing recovered from crime scene – Evidence Tent 22 (tangible exhibit) |
| 170 | | | | | Bullets/fragments from Tesha Gardner's Residence – Evidence Tent 38 (tangible exhibit) |
| 171 | | | | | Bullets/fragments from front passenger tire of red RAM – Evidence No. 5 (tangible exhibit) |
| 172 | | | | | Bullets/fragments from rear seat of red RAM - Evidence No. 3 (tangible exhibit) |
| 173 | | | | | Bullets/fragments from rear seat of red RAM - Evidence No. 4 (tangible exhibit) |
| 174 | | | | | Bullets/fragments from white Ram passenger floorboard - Evidence No. 1 (tangible exhibit) |
| 175 | | | | | Bullets/fragments from autopsy of Julio Rodriguez (tangible exhibit) |
| 176 | | | | | Death Certificate of Julio Rodriguez [REDFOOT-01925] |
| 177 | | | | | Ballistics Report [REDFOOT-01986 – REDFOOT-01993] |
| 178 | | | | | Ballistics Report [REDFOOT-02072 – REDFOOT-02074] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

## EXHIBIT LIST

United States
V.
Brandon Redfoot

Case Number: 2:18-CR-00527 CW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Clark Waddoups | Michael Thorpe and Sam Pead | Rudy Bautista |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/24/2022 - 11/4/2022 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 179 | | | | | Medical Examiner's Photo [REDFOOT-00361] |
| 180 | | | | | Medical Examiner's Photo [REDFOOT-00370] |
| 181 | | | | | Medical Examiner's Photo [REDFOOT-00376] |
| 182 | | | | | Medical Examiner's Photo [REDFOOT-00385] |
| 183 | | | | | Medical Examiner's Photo [REDFOOT-00423] |
| 184 | | | | | Medical Examiner's Photo [REDFOOT-00427] |
| 185 | | | | | Medical Examiner's Photo [REDFOOT-00430] |
| 186 | | | | | Medical Examiner's Photo [REDFOOT-00445] |
| 187 | | | | | Medical Examiner's Photo [REDFOOT-00447] |
| 188 | | | | | Medical Examiner's Report (Redacted) [REDFOOT-00080 – REDFOOT-00083] |
| 189 | | | | | Certified Copy of Conviction, State of Utah vs. Brandon Redfoot, Case No. 141800148, Eighth District Court |
| 190 | | | | | Undated Letter from Cornpeach to Redfoot [REDFOOT-00860 – REDFOOT-00865] |
| 191 | | | | | Undated Letter from Cornpeach to Redfoot [REDFOOT-00874 – REDFOOT-00880] |
| 192 | | | | | Undated Letter from Cornpeach to Redfoot [REDFOOT-00867 – REDFOOT-00872] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.