IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
AUG 21 2023
GARY P. SERDAR
CLERK OF COURT
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON REDFOOT,<br><br>Defendant. | SPECIAL VERDICT FORM<br><br>Case No. 2:18-cr-00527-1<br><br>Judge Clark Waddoups |

We the jury, after having carefully reviewed all the evidence presented and all the instructions given to us in this case, find the following as to Defendant BRANDON REDFOOT:

1. As to **Count I** of the Second Superseding Indictment (*Murder in the Second Degree While Within Indian Country*), we unanimously find Mr. Redfoot:
   [ ] Not Guilty.

   [✓] Guilty.

   If you have found Mr. Redfoot "Guilty" of Count I, **proceed to Paragraph No. 4**. If you have found Mr. Redfoot "Not Guilty" *or* were unable to agree on a verdict as to Count I, **proceed to Paragraph No. 2**.

2. As to **Voluntary Manslaughter**, we unanimously find Mr. Redfoot:
   [ ] Not Guilty.

   [ ] Guilty.

   If you have found Mr. Redfoot "Guilty" of Voluntary Manslaughter **fill out the following special verdict and then proceed to Paragraph No. 4.** If you have found Mr. Redfoot "Not Guilty" or were unable to agree on a verdict as to Voluntary Manslaughter, **proceed to Paragraph No. 3.**

   We unanimously find (beyond reasonable doubt) that Mr. Redfoot (check all that apply);
   [ ] Acted in a sudden quarrel.

   [ ] Acted in the heat of passion.

3. As to **Involuntary Manslaughter**, we unanimously find Mr. Redfoot:
   [ ] Not Guilty.

   [ ] Guilty.

   **Proceed to Paragraph 4.**

4. As to **Count II** of the Second Superseding Indictment (*Assault with a Dangerous Weapon While Within Indian Country*), we unanimously find Mr. Redfoot:
   [ ] Not Guilty.

   [✓] Guilty.

   If you have found Mr. Redfoot "Guilty" of Count II, **fill out the following special verdict and then proceed to Paragraph No. 5.** If you have found Mr. Redfoot "Not Guilty," **proceed directly to Paragraph No. 5.**

   We unanimously find (beyond reasonable doubt) that Mr. Redfoot (check all that apply):
   [✓] assaulted J.R. [Julio Rodriguez] in relation to Count II;

   [✓] assaulted R.G. [Rosa Garcia] in relation to Count II.

5. As to **Count III** of the Second Superseding Indictment (*Felon in Possession of a Firearm and Ammunition*), we unanimously find Mr. Redfoot:
   [ ] Not Guilty.

   [✓] Guilty.

6. If you have found Mr. Redfoot "Guilty" of Count I (*Murder in the Second Degree While Within Indian Country*), then answer the charge in this paragraph. If you have found Mr. Redfoot "Not Guilty" *or* were unable to agree on a verdict as to Count I, skip this question and **proceed to Paragraph No. 7.**

   As to **Count IV** of the Second Superseding Indictment (*Discharge of a Firearm During and in Relation to a Crime of Violence*), we unanimously find Mr. Redfoot:
   [ ] Not Guilty.

   [✓] Guilty.

If you have found Mr. Redfoot "Guilty" of Count IV, **fill out the following special verdict and then proceed to Paragraph No. 7.** If you have found Mr. Redfoot "Not Guilty" as to Count IV, **proceed directly to Paragraph 7**.

We unanimously find (beyond reasonable doubt) that Mr. Redfoot (check all that apply):
[✓] used a firearm in relation to Count I;

[✓] carried a firearm in relation to Count I;

[✓] brandished a firearm in relation to Count I;

[✓] discharged a firearm in relation to Count I.

7. If you have found Mr. Redfoot "Guilty" of Count II (*Assault with a Dangerous Weapon While Within Indian Country*), **then answer the charge in this paragraph.** If you have found Mr. Redfoot "Not Guilty" of Count II, **skip this question and have the Jury Foreperson sign this form**.

    As to **Count V** of the Second Superseding Indictment (*Discharge of a Firearm During and in Relation to a Crime of Violence*), we unanimously find Mr. Redfoot:
    [ ] Not Guilty.

    [✓] Guilty.

    If you have found the Defendant "Guilty" of Count V, **fill out the following special verdict and then have the Jury Foreperson sign this form.** If you find the Defendant "Not Guilty" **skip the following and have the Jury Foreperson sign this form**.

    We unanimously find (beyond reasonable doubt) that Mr. Redfoot (check all that apply):
    [✓] used a firearm in relation to Count II;

    [✓] carried a firearm in relation to Count II;

    [✓] brandished a firearm in relation to Count II;

    [✓] discharged a firearm in relation to Count II.

Signed by Jury Foreperson

*[signature]*

3